IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 4:19-cv-48

| | |
|---|---|
| M. DOUGLAS GOINES, as Administrator of the ESTATE of Z.I.M.; DESTINEY MCKENZIE; and JEFFREY MCKENZIE,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE, and CVS PHARMACY, INC.,<br><br>Defendants. | NOTICE OF REMOVAL<br>28 U.S.C. §§ 1331, 1441, 1446<br><br>Carteret County Superior Court<br>Case No. 19-CVS-199 |

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA:

Defendant North Carolina CVS Pharmacy, L.L.C.[1] removes the action commenced by Plaintiffs M. Douglas Goines, as Administrator of the Estate of Z.I.M., Destiney McKenzie, and Jeffrey McKenzie from the General Court of Justice, Superior Court Division, Carteret County, North Carolina (Carteret County Superior Court) to the United States District Court for the Eastern District of North Carolina under 28 U.S.C. §§ 1332, 1441, and 1446. In support of removal and expressly reserving all questions other than removal, Defendant North Carolina CVS Pharmacy, L.L.C. states as follows:

---

[1] Erroneously sued in the state action as CVS Pharmacy, Inc. (which is the sole member of Defendant).

**I.     The Complaint and Status of Proceeding in State Court**

1. On February 20, 2019, Plaintiffs filed a Complaint in the Superior Court for Carteret County, North Carolina.

2. North Carolina CVS Pharmacy L.L.C., through CVS Pharmacy, Inc., was served with a Summons and Complaint on March 6, 2019. Copies of the Summons, Complaint, and Affidavit of Service are attached as Exhibit 1 as required by 28 U.S.C. § 1446(a). No other process, pleadings, or orders have been served upon North Carolina CVS Pharmacy, L.L.C.

3. No responsive pleadings have been filed by North Carolina CVS Pharmacy, L.L.C. in the state-court action.

4. As stated in more detail below, this case is properly removed to this Court under 28 U.S.C. § 1441 because North Carolina CVS Pharmacy, L.L.C. has satisfied the procedural requirements for removal and because this Court has subject-matter jurisdiction over this action under 28 U.S.C. § 1332.

**II.    CVS Has Satisfied the Procedural Requirements for Removal**

5. This Court has original subject-matter jurisdiction over this civil action under 28 U.S.C. § 1332. Removal is proper under 28 U.S.C. § 1441 because this is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6. North Carolina CVS Pharmacy, L.L.C. was served with the Complaint on March 6, 2019. Accordingly, as this Notice of Removal is being filed within 30 days of service, removal is timely under 28 U.S.C. § 1446(b).

7. Venue in this Court is proper under 28 U.S.C. §§ 113(b) and 1441(a).

8. No previous notice of removal has been filed in this action.

9. North Carolina CVS Pharmacy, L.L.C. will file written notice of the filing of this Notice of Removal with the Superior Court for Carteret County, North Carolina, and will serve the same on Plaintiffs pursuant to 28 U.S.C. § 1446(d).

### III. Basis for Diversity Jurisdiction

10. Under 28 U.S.C. § 1332(a)(1), the "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between— . . . citizens of different States . . . ."

### IV. The Parties Are Completely Diverse

11. Plaintiff M. Douglas Goines is a citizen and resident of Carteret County, North Carolina. (Compl. ¶ 3)

12. Plaintiffs Destiney McKenzie, and Jeffrey McKenzie are citizens and residents of Nebraska. (Compl. ¶¶ 4 and 5) Hence, the McKenzies are Nebraska citizens for diversity purposes under 28 U.S.C. § 1332(a) and (c)(1).

13. Defendant North Carolina CVS Pharmacy, L.L.C., is organized under the laws of North Carolina with its principal place of business in Woonsocket, Rhode Island. (*Id.* ¶ 7). North Carolina CVS Pharmacy, L.L.C.'s sole member is CVS Pharmacy, Inc., which is a Rhode Island corporation with its principal place of business in Dublin, Ohio. (*Id.* ¶ 8). Hence, CVS is a citizen of Rhode Island for diversity purposes under 28 U.S.C. § 1332(a) and (c)(1). "For purposes of diversity jurisdiction, the citizenship of a limited

liability company . . . is determined by the citizenship of all of its members." *Cent. W. Va. Energy Co. v. Mountain State Carbon, LLC*, 636 F.3d 101, 103 (4th Cir. 2011).

14. Complete diversity of citizenship exists under 28 U.S.C. § 1332 because Plaintiff Goines is a citizen of North Carolina, Plaintiffs McKenzie are citizens of Nebraska, and Defendant is a citizen of Rhode Island.

## V. The Amount in Controversy Is Satisfied

15. North Carolina CVS Pharmacy, L.L.C. expressly disputes any liability to Plaintiffs for monetary, declaratory, or equitable relief, under any claim, and expressly disputes that Plaintiffs' Complaint states a claim upon which relief can be granted or otherwise presents a justiciable controversy. Solely for purposes of this Notice of Removal, however, North Carolina CVS Pharmacy, L.L.C. establishes that the amount in controversy exceeds the minimum $75,000 based on the allegations in the Complaint. North Carolina CVS Pharmacy, L.L.C. does not admit or acknowledge the allegations in the Complaint or that they are liable to Plaintiffs for monetary, declaratory, or equitable relief.

16. "Ordinarily the jurisdictional amount is determined by the amount of the plaintiff's original claim, provided that the claim is made in good faith," unless it appears to a "legal certainty" that the claim is really for less than the jurisdictional amount. *Wiggins v. N. Am. Equitable Life Assurance Co.*, 644 F.2d 1014, 1017 (4th Cir. 1981); *accord JTH Tax, Inc. v. Frashier*, 624 F.3d 635, 638 (4th Cir. 2010).

17. The Complaint contains three causes of action alleging negligence of North Carolina CVS Pharmacy, L.L.C. and negligent infliction of emotional distress to each of the Plaintiff parents.

18. Plaintiffs do not quantify the damages sought beyond stating that "the amount in controversy exceeds $25,000" for purposes of meeting the jurisdictional requirements of the Carteret County Superior Court. However, it is clear from the allegations in the Complaint that the amount sought by Plaintiffs exceeds $75,000.

19. Therefore, because there is complete diversity of citizenship and because this action involves more than $75,000 in controversy, removal of this case is proper under 28 U.S.C. § 1332.

20. Based on the foregoing, North Carolina CVS Pharmacy, L.L.C. requests that this Court assume full jurisdiction over this case as provided by law.

Respectfully submitted, this the 4th day of April, 2019.

ELLIS & WINTERS LLP

/s/ Leslie C. Packer
Leslie C. Packer
N.C. State Bar No. 13640
Alex J. Hagan
N.C. State Bar No. 19037
Post Office Box 33550
Raleigh, NC 27636
Telephone: 919.865.7000
Facsimile: 919.865.7010
leslie.packer@elliswinters.com

*Attorneys for Defendant North Carolina CVS Pharmacy, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019, a true and correct copy of the foregoing Notice of Removal was filed electronically and is available for viewing and downloading from the ECF system. A true and correct copy of the same was served via U.S. mail, postage prepaid, upon counsel for Plaintiff at:

>William H. Elam
>William R. Elam
>Elam & Elam, PLLC
>P.O. Box 30457
>Charlotte, NC 28230
>
>*Attorney for Plaintiffs*

/s/ Leslie C. Packer
Leslie C. Packer