# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION
### CASE NO. 4:19-cv-48-FL

| | |
|---|---|
| M. DOUGLAS GOINES, as <br> Administrator of the ESTATE of Z.I.M.; <br> DESTINEY MCKENZIE; and <br> JEFFREY MCKENZIE, <br><br>      Plaintiffs, <br><br>    v. <br><br> JOHN DOE, <br> and CVS PHARMACY, INC., <br><br>      Defendants. | ORDER GRANTING <br> PLAINTIFFS' CONSENT <br> MOTION TO REMAND |

   **THIS MATTER IS BEFORE THE COURT** on Plaintiffs' Consent Motion to Remand. Having carefully considered the motion, the record, and noting the consent of Defendants' counsel, the undersigned **GRANTS** the motion.

   **IT IS THEREFORE ORDERED** that Plaintiffs' Consent Motion to Remand is **GRANTED**. This matter is remanded to Carteret County Superior Court, North Carolina for further proceedings.

   SO ORDERED, this 1st day of May, 2019.

        By:    _____
             The Honorable Judge Louise W. Flanagan
             UNITED STATES DISTRICT JUDGE