UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

M. DOUGLAS GOINES, Administrator of the )
Estate of Z.I.M., DESTINEY McKENZIE, and )
JEFFREY McKENZIE, )
        Plaintiffs, )
 )
v. )   **JUDGMENT**
 )
 )   No. 4:19-CV-48-FL
JOHN DOE and CVS PHARMACY, INC., )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of plaintiffs' motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 1, 2019, more particularly described therein, that plaintiffs' motion to remand is granted and that this case is remanded to Carteret County Superior Court, North Carolina for further proceedings.

**This Judgment Filed and Entered on May 1, 2019, and Copies To:**
Michael J. Rousseaux (via CM/ECF Notice of Electronic Notification)
Alex J. Hagan (via CM/ECF Notice of Electronic Notification)
Leslie C. Packer (via CM/ECF Notice of Electronic Notification)
The Honorable Ken Raper (via U.S. Mail at Carteret County Clerk of Superior Court, 300 Courthouse Square, Beaufort, NC 28516)

May 1, 2019        PETER A. MOORE, JR., CLERK
                                /s/ Susan W. Tripp
                              (By) Susan W. Tripp, Deputy Clerk